IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Skky, Inc., | ) |
|        Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 13-cv-02086-PJS/JJG |
| Manwin USA, Inc.; | ) |
| Manwin Holding, s.ar.l. | ) |
|        Defendants. | ) |

**DEFENDANTS MANWIN USA, INC.'S AND MANWIN HOLDING, S.AR.L.'S
CORPORATE DISCLOSURE PURSUANT TO
<u>FEDERAL RULE OF CIVIL PROCEDURE 7.1</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Manwin USA, Inc. certifies that its parent company is Manwin Holdings USA Corp., which is wholly owned by Defendant Manwin Licensing International S.ar.l.  No publicly held corporation owns 10% or more of Defendants' stock.

Dated: October 16, 2013

By: s/ Barbara P. Berens
―――――――――――――――――――――
Barbara Podlucky Berens (#209788)
Justi Rae Miller (#387330)
Berens Miller, P.A.
3720 IDS Center 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-6171
Facsimile: (612) 349-6416
Bberens@berensmiller.com
jmiller@berensmiller.com

Frank M. Gasparo
(Admitted Pro Hac Vice)
Venable LLP
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
fmgasparo@venable.com

*Attorneys for Defendants MANWIN USA, INC. and MANWIN HOLDING, S.AR.L.*