UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Skky, Inc., | Case No.: 13-2086 (PJS/JJG) |
| Plaintiff, | |
| vs. | |
| Manwin USA, Inc., and Manwin Holding, s.a.r.l, | |
| Defendants. | |
| Skky, Inc., | Case No.: 13-2087 (PJS/JJG) |
| Plaintiff, | |
| vs. | |
| Vivid Entertainment, LLC, | |
| Defendant. | |
| Skky, Inc., | Case No.: 13-2089 (PJS/JJG) |
| Plaintiff, | |
| vs. | |
| Playboy Enterprises, Inc., | |
| Defendant. | |

### DEFENDANTS' MOTION TO DISQUALIFY

Defendants Manwin USA, Inc., Manwin Holding, s.a.r.l., Playboy Enterprises, Inc. and Vivid Entertainment, LLC'S (collectively "Defendants") hereby move before the Honorable Jeanne J. Graham pursuant to Minnesota Rules of Professional Conduct 1.8(i) and (k) to disqualify the Parker Rosen law firm from further representing Plaintiff Skky

1

Inc. ("Skky") in the above-captioned actions. Defendants shall rely upon the accompanying Memorandum of Law, attorney affidavit and accompany exhibits as well as all other documents on file in this matter.

Dated: January 27, 2014

s/Justi Rae Miller
Barbara Podlucky Berens (#209788)
Justi Rae Miller (#387330)
Berens Miller P.A.
3720 IDS Center 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-6171
Facsimile: (612) 349-6416
Bberens@berensmiller.com
Jmiller@berensmiller.com

Frank M. Gasparo (Admitted Pro Hac Vice)
Todd M. Nosher (Admitted Pro Hac Vice)
Venable LLP
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
fmgasparo@venable.com
tmnosher@venable.com

ATTORNEYS FOR DEFENDANTS Manwin USA, Inc., Manwin Holding, s.a.r.l., Playboy Enterprises, Inc. and Vivid Entertainment, LLC