UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Skky, Inc., | Case No.: 13-2086 (PJS/JJG) |
| Plaintiff, | |
| vs. | |
| Manwin USA, Inc., and Manwin Holding, s.a.r.l, | |
| Defendants. | |

| | |
|---|---|
| Skky, Inc., | Case No.: 13-2087 (PJS/JJG) |
| Plaintiff, | |
| vs. | |
| Vivid Entertainment, LLC, | |
| Defendant. | |

| | |
|---|---|
| Skky, Inc., | Case No.: 13-2089 (PJS/JJG) |
| Plaintiff, | |
| vs. | |
| Playboy Enterprises, Inc., | |
| Defendant. | |

**AFFIDAVIT OF TODD M. NOSHER
IN SUPPORT OF DEFENDANTS' MOTION TO DISQUALIFY**

**I, TODD M. NOSHER, ESQ.**, of full age, hereby state as follows:

1.      I am an attorney at law of the State of New York and associate at Venable LLP.

2.      I submit this Affidavit in support of Defendants Manwin USA, Inc., Manwin Holding s.a.r.l., Playboy Enterprises, Inc. and Vivid Entertainment, LLC's (collectively "Defendants") Motion to Disqualify the Parker Rosen Law Firm from the above-captioned matters ("Motion").

3.      Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff Skky Inc.'s ("Skky") Initial Disclosures served in Civil Action No. 13-2086.

4.      Attached hereto as Exhibit 2 is a true and correct copy of Skky's email to Defendants dated December 10, 2013.

5.      Attached hereto as Exhibit 3 is a true and correct copy of Skky's Form D filing with the United States Securities and Exchange Commission ("SEC") dated December 5, 2013.

6.      Attached hereto as Exhibit 4 is a true and correct copy of a screenshot of http://www.parkerrosen.com/directions/ obtained on January 27, 2014 listing the address of the Parker Rosen law firm.

7.      Attached hereto as Exhibit 5 is a true and correct copy of Defendants' January 16, 2014 Letter to Skky.

8.     Attached hereto as Exhibit 6 is a true and correct copy of Defendants' January 17, 2014 Letter to Skky.

9.     Attached hereto as Exhibit 7 is a true and correct copy of Skky's January 20, 2014 letter to Defendants.

10.    Attached hereto as Exhibit 8 is a true and correct copy of Defendants' January 24, 2014 Letter to Skky.

11.    Attached hereto as Exhibit 9 is a true and correct copy of Skky's January 27, 2014 letter to Defendants.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: January 27, 2014

_____
Todd M. Nosher

NOTARY _Laurie Simpson_____

DATE: 27th DAY of January 2014

LAURIE SIMPSON
NOTARY PUBLIC, State of New York
No. 01SI6161116
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES FEBRUARY 20, 2015