# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Skky, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Thumbplay Ringtones, LLC, <br><br> Defendant. | Case No.: 13-2072 (PJS/JJG) |
| Skky, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Dada Entertainment, Inc., <br><br> Defendant. | Case No.: 13-2083 (PJS/JJG) |
| Skky, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Manwin USA, Inc., and Manwin Holding, s.ar.l, <br><br> Defendants. | Case No.: 13-2086 (PJS/JJG) |
| Skky, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Vivid Entertainment, LLC, <br><br> Defendant. | Case No.: 13-2087 (PJS/JJG) |

| | |
|---|---|
| Skky, Inc., | Case No.: 13-2089 (PJS/JJG) |
| Plaintiff, | |
| vs. | |
| Playboy Enterprises, Inc., | |
| Defendant. | |

### Declaration of Andrew D. Parker in Support of Skky, Inc.'s Opposition to Defendant's Motion to Disqualify

I, Andrew D. Parker, declare under the penalty of perjury that the foregoing is true and correct:

1. I am a partner in the law firm Parker Rosen, LLC. I make this declaration based on my personal knowledge and in Support of Skky's Opposition to Defendant's Motion to Disqualify.

2. I am a named partner at Parker Rosen, LLC. I have been practicing law in Minnesota, admitted in both federal and state court, since 1988 and have appeared before this Court many times over the past 25 years.

3. I began my legal career at Popham Halk, Schnobrich & Kaufman, Ltd, where I became partner in 1994.

4. I then formed the Smith Parker law firm, which I operated for over a decade. In 2005, Mr. Daniel Rosen and I founded the Parker Rosen law firm.

5. I have represented clients in federal and state courts in various jurisdictions across the nation.

6. I became Chief Operating Officer for Skky effective July 1, 2013.

7. As COO, I have assisted in the day-to-day operations of Skky.

8. My compensation for being COO is the receipt of stock in Skky, which is presently about 2.5% of the total outstanding stock in Skky. The Parker Rosen law firm also receives a relatively small monthly monetary stipend. The stock is owned by a company that is controlled by myself and Mr. Rosen. Neither Mr. Rosen nor myself are employees of Skky.

9. My compensation is in no way connected with the cause of action or substance of the instant litigation, which is a claim of patent infringement by Defendant.

10. I am not on the Board of Directors for Skky.

Executed on this 3rd day of February, 2014, in Minneapolis, Minnesota.

_____
Andrew D. Parker