# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Skky, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Manwin USA, Inc., and Manwin Holding, s.ar.l, <br><br> Defendants. | Case No.: 13-2086 (PJS/JJG) |
| Skky, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Vivid Entertainment, LLC, <br><br> Defendant. | Case No.: 13-2087 (PJS/JJG) |
| Skky, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Playboy Enterprises, Inc., <br><br> Defendant. | Case No.: 13-2089 (PJS/JJG) <br><br> **Skky, Inc.'s Motion to Compel Defendants to Respond in Full to Document Requests, Interrogatories, and Requests for Admission** |

Plaintiff Skky, Inc. ("Skky"), by and through their counsel and pursuant to Rule 37 of the Federal Rules of Civil Procedure, respectfully moves this Court for an order granting Skky's motion to compel Defendants Vivid Entertainment LLC, Playboy Enterprises, Inc., Manwin USA, Inc. and Manwin Holding, s.ar.l to

respond in full to Skky's Requests for Admission No. 1-4, Interrogatories No. 1, 3, 6, and 7, and Document Requests No. 1-28. In connection therewith, Skky submits the attached Memorandum of Law in Support of its motion, the Declaration of Ryan M. Schultz, and the documents contained therein.

| | |
|---|---|
| <u>March 4, 2014</u> | ROBINS, KAPLAN, MILLER & CIRESI, LLP |

By: <u>*s/Ryan Schultz*</u>
Ronald J. Schutz (0130849)
Becky R. Thorson (0254861)
Ryan Schultz (0392648)
Benjamen Linden (0393232)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Phone:  (612) 349-8500

PARKER ROSEN, LLC
Daniel N. Rosen (0250909)
888 Colwell Building, 123 Third Street North
Minneapolis, MN 55401

*Counsel for Skky, Inc.*