**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CIVIL MOTION HEARING**

| | |
|---|---|
| Skky, Inc., Plaintiff, vs. Thumbplay Ringtones, LLC, Defendant. | **COURT MINUTES** BEFORE: Jeanne J. Graham U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | CV 13-2072 (PJS/JJG) |
| Date: | March 5, 2014 |
| Courthouse: | Saint Paul |
| Courtroom: | Courtroom 3B |
| Recording: | AUDIO |
| Time Commenced: | 1:43 PM |
| Time Concluded: | 1:18 PM |
| Time in Court: | 0 Hours & 35 Minutes (7 mins. attributable to each case) |

| | |
|---|---|
| Skky, Inc., Plaintiff, vs. Dada Entertainment, Inc., Defendant. | Civil No. 13-2083 (PJS/JJG) |
| Skky, Inc., Plaintiff, vs. Manwin USA, Inc., and Manwin Holding, s.ar.l, Defendants. | Civil No. 13-2086 (PJS/JJG) |
| Skky, Inc., Plaintiff, vs. Vivid Entertainment, LLC, Defendant. | Civil No. 13-2087 (PJS/JJG) |
| Skky, Inc., Plaintiff, vs. Playboy Enterprises, Inc., Defendant. | Civil No. 13-2089 (PJS/JJG) |

**APPEARANCES:**

For Plaintiff: Becky R. Thorson, Daniel N. Rosen, and Ryan M. Schultz
For Defendants: Timothy Heverin, Theodore M. Budd, Justi R. Miller, Todd M. Nosher

**PROCEEDING:**

The Court heard oral argument on Defendants' Motion to Disqualify (ECF Nos. 44, 45, 37, 34, 37, respectively).

**DISPOSITION:**

☒ Order to be issued

s/ *Ruth N. Dapper*
Law Clerk