**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**CIVIL MOTION HEARING – AMENDED[1]**

| | |
|---|---|
| Skky, Inc., | **COURT MINUTES** |
|  Plaintiff, | BEFORE: Jeanne J. Graham |
| vs. | U.S. Magistrate Judge |
| Thumbplay Ringtones, LLC, | |
|  Defendant. | |

| | |
|---|---|
| Case No: | CV 13-2072 (PJS/JJG) |
| Date: | March 5, 2014 |
| Courthouse: | Saint Paul |
| Courtroom: | Courtroom 3B |
| Recording: | AUDIO |
| Time Commenced: | 1:43 PM |
| Time Concluded: | 2:18 PM |
| Time in Court: | 0 Hours & 35 Minutes (7 mins. attributable to each case) |

Skky, Inc.,

 Plaintiff,

vs.

Dada Entertainment, Inc.,

 Defendant.

Civil No. 13-2083 (PJS/JJG)

Skky, Inc.,

 Plaintiff,

vs.

Manwin USA, Inc., and Manwin Holding, s.ar.l,

 Defendants.

Civil No. 13-2086 (PJS/JJG)

Skky, Inc.,

 Plaintiff,

vs.

Vivid Entertainment, LLC,

 Defendant.

Civil No. 13-2087 (PJS/JJG)

Skky, Inc.,

 Plaintiff,

vs.

Playboy Enterprises, Inc.,

Civil No. 13-2089 (PJS/JJG)

---

1    The only change to these minutes corrects a typographical error in the end time of the hearing, from 1:18 to 2:18 p.m.

Defendant.

**APPEARANCES:**

For Plaintiff:      Becky R. Thorson, Daniel N. Rosen, and Ryan M. Schultz
For Defendants:   Timothy Heverin, Theodore M. Budd, Justi R. Miller, Todd M. Nosher

**PROCEEDING:**

The Court heard oral argument on Defendants' Motion to Disqualify (ECF Nos. 44, 45, 37, 34, 37, respectively).

**DISPOSITION:**

☒ Order to be issued

  s/ *Ruth N. Dapper*
Law Clerk