# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Skky, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Manwin USA, Inc., and Manwin Holding, s.ar.l, <br><br> Defendants. | Case No.: 13-2086 (PJS/JJG) |
| Skky, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Playboy Enterprises, Inc., <br><br> Defendant. | Case No.: 13-2089 (PJS/JJG) <br><br> **Declaration of Ryan M. Schultz in Support of Plaintiff Skky, Inc.'s Response Opposing Defendants' Motion for a Protective Order** |

Under 28 U.S.C. § 1746, I, Ryan M. Schultz, hereby declare as follows:

1. I am an attorney at the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and I represent Plaintiff Skky, Inc. ("Skky") in the above captioned matters.

2. I submit this Declaration in support of Skky's Opposition to Defendants' Motion for a Protective Order.

3. Attached as Exhibit 1 is a true and correct copy of an email exchange between myself and Todd Nosher from March 12, 2014.

4. Attached as Exhibit 2 is a true and correct copy of a protective order filed in the Eastern District of Texas in the case *ExitExchange v. Friendfinder*

*Networks, Inc,* 2:13-cv-00396-JRG, dated October 2, 2013.  Manwin is a party to this case.

5. Attached as Exhibit 3 is a true and correct copy of the Canadian case *Hunt v. T&N, PLC*, [1993] S.C.R. 4 (S.C.C. 1993)

6. Defendants' did not inform Skky of the QBCRA or their intent to obtain the Quebec Order prior to January 6, 2014.

7. On December 20, 2013, Defendants Dada and Thumbplay produced 61 prior art documents.  These prior art documents were not responsive to any of Skky's discovery requests.

8. As of March 20, 2014, Defendants have not provided Skky with a clear date upon which they will provide responsive production.

9. As of March 20, 2014, Defendants have not indicated which of Skky's requests are allegedly implicated by the Quebec Order, nor have they provided any specific indication of what responsive documents are located in Quebec beyond "technical documents."

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Minneapolis, Minnesota this 20th day of March, 2014.

March 20, 2014

            *s/Ryan Schultz*
            Ryan M. Schultz