# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| Skky, Inc.,<br>　　　　Plaintiff,<br>vs.<br>Thumbplay Ringtones, LLC,<br>　　　　Defendant. | **COURT MINUTES**<br>BEFORE: Jeanne J. Graham<br>U.S. Magistrate Judge<br><br>Case No:　　CV 13-2072 (PJS/JJG)<br>Date:　　　 March 26, 2014<br>Courthouse:　Saint Paul<br>Courtroom:　 Courtroom 3B<br>Recording:　 AUDIO<br>Court Times:　2:14-3:33, 3:35-3:40 PM<br>Time in Court:　1 Hour & 24 Minutes<br>　　　　　　　(17 mins. attributable to each case) |
| Skky, Inc.,<br>　　　　Plaintiff,<br>vs.<br>Dada Entertainment, Inc.,<br>　　　　Defendant. | Civil No. 13-2083 (PJS/JJG) |
| Skky, Inc.,<br>　　　　Plaintiff,<br>vs.<br>Manwin USA, Inc., and Manwin Holding, s.ar.l,<br>　　　　Defendants. | Civil No. 13-2086 (PJS/JJG) |
| Skky, Inc.,<br>　　　　Plaintiff,<br>vs.<br>Vivid Entertainment, LLC,<br>　　　　Defendant. | Civil No. 13-2087 (PJS/JJG) |
| Skky, Inc.,<br>　　　　Plaintiff,<br>vs.<br>Playboy Enterprises, Inc.,<br>　　　　Defendant. | Civil No. 13-2089 (PJS/JJG) |

**APPEARANCES:**

| | |
|---|---|
| For Plaintiff: | Becky R. Thorson, Daniel N. Rosen, and Ryan M. Schultz |
| For Defendants: | Timothy Heverin, Theodore M. Budd, Justi R. Miller, Frank M. Gasparo, Tamany Vinson Bentz |

**PROCEEDING:**

The Court heard oral argument on Skky, Inc.'s Motion to Compel Dada and Thumbplay Defendants to Produce Documents by a Date Certain (ECF Nos. 54, 52 respectively), Skky, Inc.'s Motion to Compel Defendants [Manwin, Vivid, and Playboy] to Respond in Full to Document Requests, Interrogatories, and Requests for Admission (ECF Nos. 47, 45, 47 respectively), and Defendants' [Manwin and Playboy] Motion for Protective Order (ECF Nos. 57, 57).

**DISPOSITION:**

☒ Orders to be issued

s/ <i>Ruth N. Dapper</i><br>Law Clerk