# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Skky, Inc., | Case No.: 13-2086 (PJS/JJG) |
| Plaintiff, | |
| v. | |
| Manwin USA, Inc.; Manwin Holdings, s.a.r.l., | |
| Defendants. | |

| | |
|---|---|
| Skky, Inc., | Case No.: 13-2089 (PJS/JJG) |
| Plaintiff, | |
| v. | |
| Playboy Enterprises, Inc., | |
| Defendant. | |

## **DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Defendants Manwin USA, Inc., Manwin Holdings, s.a.r.l. ("Manwin") and Playboy Enterprises, Inc. (collectively "Defendants") hereby move before the Honorable Jeanne J. Graham pursuant to Fed. R. Civ. P. 26(c) for a Protective Order prohibiting Plaintiff Skky Inc. ("Skky") from engaging in discovery related to Defendants' financials until Plaintiff has articulated a viable infringement theory. Defendants shall rely upon the accompanying Memorandum of Law, attorney affidavit and accompany exhibits as well as all other documents on file in this matter.

| | |
|---|---|
| Dated: June 25, 2014 | s/Justi Rae Miller |

                                                  Barbara Podlucky Berens (#209788)
                                                  Justi Rae Miller (#387330)
                                                  **Berens Miller P.A.**

3720 IDS Center 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-6171
Facsimile: (612) 349-6416
bberens@berensmiller.com
jmiller@berensmiller.com

Frank M. Gasparo (Admitted *Pro Hac Vice*)
Todd M. Nosher (Admitted *Pro Hac Vice*)
**Venable LLP**
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, New York 10020
Telephone:  (212) 307-5500
Facsimile:  (212) 307-5598
fmgasparo@venable.com
tmnosher@venable.com

Tamany Vinson Bentz (Admitted *Pro Hac Vice*)
**Venable LLP**
2049 Century Park E,
Los Angeles, CA 90067
Telephone:  (310) 229-9900
Facsimile: (310) 229-9901
tvbentz@venable.com

*ATTORNEYS FOR DEFENDANTS Manwin USA, Inc. Manwin Holdings, s.a.r.l., and Playboy Enterprises, Inc.*