# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR**
*Defendants' Memorandum of Law*
*in  Support of Defendants'*
*Motion for Protective Order*

*Skky, Inc.*

                Plaintiff(s)

v.                                Case Number: *13-2086 PJS/JJG*

*Manwin USA, Inc., and Manwin Holding, s.a.r.l.,*

                Defendant(s)

---

*Skky, Inc.*

                Plaintiff(s)

v.                                  Case Number: *13-2089 PJS/JJG*

*Playboy Enterprises, Inc.*

                Defendant(s)

---

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Defendants' Memorandum of Law in Support of
Defendants' Motion for Protective Order**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal pursuant to a court order* (Document number of protective order: **32 and 71** )

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
   (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).