# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Skky, Inc., | Case No.:  13-2086 (PJS/JJG) |
|     Plaintiff, | |
| v. | |
| Manwin USA, Inc., and Manwin Holding, s.ar.l, | |
|     Defendants. | |
| Skky, Inc., | Case No.:  13-2089 (PJS/JJG) |
|     Plaintiff, | |
| vs. | |
| Playboy Enterprises, Inc., | |
| Defendant. | |

**SKYY'S MOTION TO ENFORCE THIS COURT'S JULY 9th, 2014 ORDER, REQUIRE PRODUCTION OF UNMODIFIED DOCUMENTS, AND AWARD SKKY COSTS AND FEES**

Plaintiff Skky, Inc. hereby moves before the Honorable Jeanne J. Graham pursuant to Federal Rule of Civil Procedure 37 for an Order enforcing its July 9th, 2014 Order, requiring production of unmodified documents, and awarding Skky costs and fees. In support of its motion, Skky relies on its accompanying memorandum of law, attorney declaration, and exhibits.

Dated: August 26, 2014	ROBINS, KAPLAN, MILLER & CIRESI, LLP

By: *s/Ryan M. Schultz*
Ronald J. Schutz (0130849)
Becky R. Thorson (0254861)
Ryan M. Schultz (0392648)
William Bornstein (0392098)
Benjamen C. Linden (0393232)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Phone: (612) 349–8500

PARKER ROSEN, LLC
Daniel N. Rosen (0250909)
888 Colwell Building, 123 Third Street North
Minneapolis, MN 55401

*Counsel for Skky, Inc.*

85022566.3