# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Skky, Inc.,

      Plaintiff,

v.

Manwin USA, Inc., and Manwin Holding, s.ar.l,

      Defendants.

Case No.: 13-2086 (PJS/HB)

### SKYY'S MOTION TO ENFORCE THIS COURT'S OCTOBER 29TH, 2014 ORDER, REQUIRE PRODUCTION OF OVERALL WEBSITE REVENUE FOR ALL ACCUSED WEBSITES, AND AWARD SKKY COSTS AND FEES

Plaintiff Skky, Inc. hereby moves before the Honorable Hildy Bowbeer pursuant to Federal Rule of Civil Procedure 37 for an Order enforcing its October 29th, 2014 Order, requiring production of overall website revenue for all accused websites, and awarding Skky costs and fees. In support of its motion, Skky relies on its accompanying memorandum, attorney declaration, and exhibits.

Dated: November 26, 2014    ROBINS, KAPLAN, MILLER & CIRESI, LLP

By: *s/Ryan M. Schultz*
Ronald J. Schutz (0130849)
Ryan M. Schultz (0392648)
William Bornstein (0392098)
Benjamen C. Linden (0393232)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Phone: (612) 349-8500

PARKER ROSEN, LLC
Daniel N. Rosen (0250909)
888 Colwell Building, 123 Third Street North
Minneapolis, MN 55401

*Counsel for Skky, Inc.*