# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Skky, Inc.,                                                            Case No.: 13-2086 (PJS/JJG)

       Plaintiff,

v.

Manwin USA, Inc., and Manwin Holding s.ar.l..,

       Defendant.

## DECLARATION OF GILLIAN WRIGHT

**I, Gillian Wright**, of full age, hereby state as follows:

1. I am Assistant Corporate Controller at Mindgeek, which was formerly referred to as Manwin Holding s.ar.l. I have held this position since September 2013.

2. I submit this Declaration in connection with the Court's Order of October 29, 2014, in the above-captioned litigation.

3. As Assistant Corporate Controller at Mindgeek I am generally familiar with the financial information it maintains.

4. Mindgeek does not keep audited by-website financials.

5. Mindgeek accounts for costs in year-end financial statements, which are compiled based on full International Financial Reporting Standards for standalone legal entities and then consolidated for a business group.

6.     Other than the year-end financial statements, Mindgeek only has access to costs for certain websites and only on a direct and allocation basis, but there are certain departures from International Financial Reporting Standards in the cost allocations.

I hereby certify that the foregoing statements made by me are true.

*A. Wright*

Dated: November 20, 2014