# EXHIBIT 3

| | |
|---|---|
| **From:** | Bentz, Tamany V. |
| **To:** | Schultz, Ryan M.; Centanni, Jillian A.; Linden, Benjamen C.; Nosher, Todd M.; Schutz, Ronald J.; Morton, Cyrus A.; Bornstein, William; Junker, Chrisann J.; Booth, Amanda J.; Kabat, Andrew J. |
| **Cc:** | Gasparo, Frank M.; Berens, Barbara B.; Miller, Justi M.; Kodi, Elizabeth O. |
| **Subject:** | Skky v. Manwin, No. 13-2086 |
| **Date:** | Monday, November 24, 2014 8:35:21 PM |

Ryan,

We can be available for a discovery call with Judge Bowbeer on December 2nd from 4-6 CT; December 4th from 1-6 CT; December 10th from 8-2 or 4-6 CT.  Please let us know which of these days/times works for your team and when we can call chambers to try to get a call on her calendar.
I am waiting to hear from Manwin regarding production of revenues by quarter and, although I do not expect to have a date for production today, I expect to have a date in the near future.  I also understand documents in response to your Appendix 1 were produced today, as were some of the documents from Appendix 3.  Our vendor is working to prepare the remaining documents in Appendix 3.

Tamany


Tamany Vinson Bentz, Esq.  | Venable LLP
t 310.229.9905 | f 310.229.9901
2049 Century Park East, Suite 2100, Los Angeles, CA 90067

TJBentz@Venable.com | www.Venable.com


************************************************************************

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************************