## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Skky, Inc., | | |
| | Plaintiff, | Civil No. 13-2086 (PJS/JJG) |
| vs. | | |
| Manwin USA, Inc., and Manwin Holding, s.ar.l, | | |
| | Defendants. | |
| Skky, Inc., | | |
| | Plaintiff, | Civil No. 13-2089 (PJS/JJG) |
| vs. | | |
| Playboy Enterprises, Inc., | | |
| | Defendant. | |

In accordance with the Court's request at the December 10, 2014 hearing, the parties provide the following update on the representative products stipulation.

On Friday December 12, 2014, Plaintiff Skky, Inc. provided Defendants Manwin USA, Inc. and Manwin Holding, s.ar.l and Playboy Enterprises, Inc. with a proposed stipulation for each defendant.  Skky attempted to address the issues raised by Defendants' counsel at the December 10, 2014 hearing in the proposed stipulation.

85419680.1

As of December 17, 2014, Defendants have not provided a proposed amended stipulation for Skky to review.  Defendant Manwin is trying to determine if additional tube sites, pay sites or streaming sites are needed to account for differences in operation.  Defendant Playboy is reviewing the proposed sites and believes an additional time period is needed to account for Playboy operations as of September 1, 2014.

Respectfully submitted, December 17 2014:

    */s/ Ryan M. Schultz*
    Ronald J. Schutz (0130849)

    Ryan M. Schultz (0392648)
    William Bornstein (0392098)
    Benjamen Linden (0393232)
    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
    800 LaSalle Avenue, Suite 2800
    Minneapolis, MN 55402
    Phone: (612). 349-8500

    Daniel N. Rosen (0250909)
    PARKER ROSEN, LLC
    300 First Avenue North, Suite 200
    Minneapolis, MN 55401
    *Attorneys for Plaintiff Skky, Inc.*


    */s/*
    Barbara Podlucky Berens (#209788)
    Justi Rae Miller (#387330)
    Berens Miller, P.A.
    3720 IDS Center 80 South Eighth Street

Minneapolis, MN 55402
Telephone: (612) 349-6171
Facsimile: (612) 349-6416
Bberens@berensmiller.com
jmiller@berensmiller.com

Frank M. Gasparo
(Admitted *Pro Hac Vice*)
Todd M. Nosher
(Admitted *Pro Hac Vice*)
Venable LLP
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
fmgasparo@venable.com
tmnosher@venable.com

/s/Tamany Vinson Bentz (with permission)
(Admitted *Pro Hac Vice*)
Venable LLP
2049 Century Park E.
Los Angeles, CA 90067
Telephone: (310) 229-990
Facsimile: (310) 229-9901
Attorneys for Manwin USA, Inc., Manwin Holding, s.ar.l, and Playboy Enterprises, Inc.

85419680.1