**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

ATTORNEYS AT LAW

800 LASALLE AVENUE
2800 LASALLE PLAZA
MINNEAPOLIS, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

RYAN M. SCHULTZ
rmschultz@rkmc.com
612-349-8408

January 2, 2015

**VIA E-MAIL**

The Honorable Hildy Bowbeer
Magistrate Judge, U.S. District Court
632 Federal Building
316 North Robert Street
St. Paul, MN 55101

    Re:    *Skky v. Manwin USA, Inc. and Manwin Holding s.a.r.l.* (13-cv-2086); *Skky v. Playboy Enterprises, Inc.* (13-cv-2089)

Dear Magistrate Bowbeer:

    In accordance with the Court's Order on December 19, 2014, the parties provide their respective list of discovery disputes to be resolved at the teleconference on January 9, 2015. The parties will continue to discuss the issues during the week to further narrow the issues to be raised at the teleconference.

Plaintiff Skky, Inc.'s List of Issues as to Defendants Manwin and Playboy:

- Failure to provide date certain for Rule 30(b)(6) deposition and individual deponents

Defendants' Manwin and Playboy List of Issues as to Skky's Discovery Responses:

- Date for exchange of privilege logs; and
- Skky's failure to produce federal and state tax returns and SEC filings from 2001 to 2008.

Hon. Hildy Bowbeer
January 2, 2015
Page 2

In addition to the issues identified above, the parties are more than willing to discuss any other case management issues the Court would like to address at the teleconference.

Respectfully submitted,

Ryan M. Schultz
Counsel for Skky, Inc.


/s/ *Tamany Vinson Bentz* (*with permission*)

Tamany Vinson Bentz
Counsel for Defendants