# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| **Skky, Inc.,** | **MINUTES – CIVIL** |
| | BEFORE: Hildy Bowbeer |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No.: 13-cv-2086 (PJS/HB) |
| | Date: January 26, 2015 |
| **Manwin USA, Inc., and Manwin Holding, s.ar.l,** | Courthouse: St. Paul |
| | Courtroom: Chambers-Suite 632 |
| | Time Commenced: 3:02 p.m. |
| | Time Concluded: 4:56 p.m. |
| Defendants. | Time in Court: 1 hour and 54 minutes (for reporting purposes, the time is 38 minutes for 13-cv-2086, 38 minutes for 13-cv-2087, and 38 minutes for 13-cv-2089) |

| | |
|---|---|
| **Skky, Inc.,** | Case No.: 13-cv-2087 (PJS/HB) |
| Plaintiff, | |
| v. | |
| **Vivid Entertainment, LLC,** | |
| Defendant. | |

| | |
|---|---|
| **Skky, Inc.,** | Case No.: 13-cv-2089 (PJS/HB) |
| Plaintiff, | |
| v. | |
| **Playboy Enterprises, Inc.,** | |
| Defendant. | |

**APPEARANCES:**

For Skky, Inc.:  William Bornstein, Benjamen C. Linden, and Ryan M. Schultz

For Manwin USA, Inc., and Manwin Holding, s.ar.l:  Tamany Vinson Bentz and Justi R. Miller

For Vivid Entertainment, LLC:  Michael H. Selter and Justi R. Miller

For Playboy Enterprises, Inc.:  Tamany Vinson Bentz and Justi R. Miller

**PROCEEDINGS:**

The Court held a case management and informal dispute resolution conference by telephone on discovery disputes raised by the parties in their respective letters.  An order will be issued.

<i>s/ Adrienne Meyers</i><br>
Adrienne Meyers<br>
Judicial Law Clerk