

**2049 CENTURY PARK EAST   SUITE 2100   LOS ANGELES, CA 90067**
**T** 310.229.9900  **F** 310.229.9901   www.Venable.com

February 4, 2015

Tamany V. Bentz

**T** 310.229.9905
**F** 310.229.9901
TJBentz@Venable.com

**VIA ELECTRONIC FILING**
The Honorable Hildy Bowbeer
U.S. Magistrate Judge
U.S. District Court for the District of Minnesota
632 Federal Building
316 N Robert St
St. Paul MN 55101

Re: *Skky v. Manwin USA, Inc. and Manwin Holding S.ár.l.*, 13-cv-2086

Dear Judge Bowbeer:

     Defendants Manwin USA, Inc. and Manwin Holding S.ar.l. (collectively "Manwin") write to request a brief extension to the Court's deadline for the production of any acquisition agreements Manwin intends to rely on.

     On January 27, 2015, the Court denied Skky's request for the production of all of Manwin's acquisition agreements and instead ordered Manwin: "(a) produce all purchase agreements for all acquisitions with respect to which it does not agree to accept full responsibility for any pre-acquisition infringement, and (b) set forth clearly and unequivocally in a supplemental response to the applicable Request for Production the acquisitions with respect to which it will accept responsibility for and pre-acquisition infringement" no later than February 4, 2015. *See* Dkt. No. 181.

     Manwin has been actively sorting through acquisition agreements, but will need until February 13, 2015, to finalize its review and determine which, if any, agreement needs to be produced. Manwin has good cause to seek an extension. First, some of the relevant agreements are not within Manwin's possession because they are third party agreements that predate the acquisition and yet affect the liability that Manwin may have acquired. Manwin needs additional time to try to gain access to these agreements. Second, the agreements contain confidentiality clauses that require Manwin provide notice of any resulting production to necessary third parties.

     Manwin confirmed that Skky has no objection to the requested extension.

                                               Respectfully submitted,

                                               *s/Tamany Vinson Bentz*
                                               Counsel for Manwin USA, Inc., Manwin Holding,
                                               S.ár.l., and Playboy Enterprises, Inc.