# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Skky, Inc., | Case No.:  13-2086 (PJS/HB) |
| Plaintiff, | |
| v. | |
| Manwin USA, Inc.; Manwin Holding, S.ár.l., | |
| Defendants. | |

| | |
|---|---|
| Skky, Inc., | Case No.:  13-2089 (PJS/HB) |
| Plaintiff, | |
| v. | |
| Playboy Enterprises, Inc., | |
| Defendant. | |

| | |
|---|---|
| Skky, Inc., | Case No.:  13-2087 (PJS/HB) |
| Plaintiff, | |
| vs. | |
| Vivid Entertainment, LLC, | |
| Defendant. | |

# ORDER

Upon stipulation by the parties, Plaintiff Skky, Inc. ("Plaintiff") and Defendants Manwin USA, Inc., Manwin Holding, s.ar.l., Playboy Enterprises, Inc., and Vivid Entertainment, LLC ("Defendants"), through their respective counsel, that due to the institution of *Inter Partes* Review of U.S. Patent No. 7,548,875 by the U.S. Patent Trial and Appeal Board ("the IPR Proceeding"), the above-referenced matters should be stayed pending the final outcome of the IPR Proceeding before the Patent Trial and Appeal Board. Further, Vivid Entertainment, LLC agrees to be bound by the determination in the IPR Proceeding and the estoppel provision provided in 35 U.S.C. § 315(e)(2).

IT IS HEREBY ORDERED THAT:

    The above-captioned litigations will be stayed pending the final outcome of the IPR Proceeding before the Patent Trial and Appeal Board of U.S. Patent No. 7,548,875.

Dated: February 5, 2015

    s/Patrick J. Schiltz
    THE HON. PATRICK J. SCHILTZ
    U.S. DISTRICT COURT JUDGE
    U.S. DISTRICT OF MINNESOTA