**BERENS & MILLER, P.A.**
ATTORNEYS AT LAW
3720 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MINNESOTA 55402
WWW.BERENSMILLER.COM

BARBARA PODLUCKY BERENS
bberens@berensmiller.com

February 5, 2016

TELEPHONE
(612) 349-6171

ADMITTED IN MINNESOTA,
U.S. DISTRICT COURTS OF MINNESOTA
AND WESTERN DISTRICT OF WISCONSIN

FAX
(612) 349-6416

The Honorable Patrick J. Schiltz,
United States District Court for the District of Minnesota
632 Federal Building
316 North Robert Street
St. Paul, MN 55101

Re:   *Skky, Inc. v. Manwin USA, Inc., et al.*, No. 13-2086; *Skky, Inc. v. Playboy Enterprises, Inc.*, No. 13-2089; *Skky, Inc. v. Vivid Entertainment, LLC*, No. 13-2087

Dear Judge Schiltz:

On February 5, 2015, the Court issued an Order staying the above-referenced related cases upon the Patent Trial and Appeals Board ("PTAB") instituting an *inter partes* review ("IPR") of claims 1–3, 5, and 15–23 of the asserted patent, U.S. Patent No. 7,548,875. (*See* Civil Action No. 13-2086, D.E. No. 214, "Stay Order".) Pursuant to this Court's Stay Order, these cases were "stayed pending the final outcome of the IPR Proceeding," which has now been accomplished. Defendants Manwin USA, Inc., Manwin Holdings, s.ar.l., Playboy Enterprises, Inc., and Vivid Entertainment, LLC ("Defendants") hereby notify the Court that the PTAB recently issued its final decision in the IPR on January 29, 2016. (*See* attachment.) The PTAB invalidated all of the claims that are being asserted in this action, specifically claims 1–3, 5, and 15–23 of the '875 patent.

If it would be helpful to the Court, Defendants would be amenable to discussing the PTAB's decision in a status conference with the Court and Plaintiff, Skky, Inc. Should Your Honor have any questions or concerns, we would be happy to provide any information the Court may require.

Respectfully submitted,

*Barbara Podlucky Berens*

Barbara Podlucky Berens
Counsel for Manwin USA, Inc., Manwin Holding,
S.ár.l., and Playboy Enterprises, Inc.

BPB:nam
cc:   Counsel for Plaintiff, Skky, Inc. (By ECF)